[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 22, 2002
THOMAS K. KAHN
CLERK

_____

No. 00-13489

_____

D. C. Docket No. 00-00686-CV-KMM

DAMIANA PEREZ,

Plaintiff-Appellee,

versus

GLOBE AIRPORT SECURITY SERVICE, INC.,

Defendant-Appellant.

--------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

**(March 22, 2002)**

Before TJOFLAT and DUBINA, Circuit Judges, and SHAPIRO[*], District Judge.

BY THE COURT:

The parties' "Stipulation of Dismissal," construed as a joint motion to dismiss

_____

[*]     Honorable Norma L. Shapiro, U.S. District Judge for the Eastern District of
Pennsylvania, sitting by designation.

this appeal with prejudice, is GRANTED.

Appellee's motion for appellate attorneys' fees is DENIED AS MOOT.

On its own motion, the Court VACATES its opinion issued on June 12, 2001.

See Flagship Marine Services Inc. v. Belcher Towing Co., 23 F.3d 341, 342 (1994).